1062 

[Nos. 6769–6–III; 6691–6–III; Division Three. May 29, 1986.]
6876–5–III.

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
C. BAKER, *Appellant.*

*In the Matter of the Personal Restraint of*
FRANK C. BAKER, *Petitioner.*

Appeals from a judgment of the Superior Court for Spokane County, No. 26907, Thomas E. Merryman, J., entered December 10, 1984, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 7206–1–III. Division Three. May 29, 1986.]

SNOW FORD SALES, INC., *Appellant,* v. RAINIER
NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 227907C, Clinton J. Merritt, J., entered May 20, 1985. *Affirmed* by unpublished opinion per Reed, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 16984–0–I. Division One. June 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CHERI
LYNN STALHEIM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–02994–3, John M. Darrah, J., entered August 5, 1985. *Reversed* and *remanded* by unpublished per curiam opinion.